U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 22 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

---

INTERNATIONAL PAPER COMPANY
and FACTORY MUTUAL INSURANCE
COMPANY

CIVIL ACTION NO. 11-0017
versus
JUDGE TOM STAGG

DEEP SOUTH EQUIPMENT
COMPANY, NAACO MATERIALS
HANDLING GROUP, INC.,
OSRAM SYLVANIA, INC.,
RST INSURANCE COMPANY,
UVW INSURANCE COMPANY and
XYZ INSURANCE COMPANY

---

## ORDER

Based on the foregoing Memorandum Ruling;

**IT IS ORDERED** that the motion for summary judgment filed by Tango (Record Document 38) is **GRANTED IN PART and DENIED IN PART.** Tango's motion for summary judgment is **GRANTED** insomuch as Tango is not bound to indemnify Deep South for Deep South's own negligence; otherwise, Tango's motion is **DENIED**. Deep South's motion for summary judgment is **DENIED**. An order consistent with the terms of this Memorandum Ruling shall issue herewith.

**IT IS FURTHER ORDERED** that Deep South's motion for summary judgment (Record Document 40) is **DENIED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana this 22nd day of October, 2012.

_____
JUDGE TOM STAGG