U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED SHREVEPORT

OCT 22 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

INTERNATIONAL PAPER COMPANY
and
FACTORY MUTUAL INSURANCE
COMPANY

CIVIL ACTION NO. 11-0017

versus

JUDGE TOM STAGG

DEEP SOUTH EQUIPMENT
COMPANY, NAACO MATERIALS
HANDLING GROUP, INC.,
OSRAM SYLVANIA, INC.,
RST INSURANCE COMPANY,
UVW INSURANCE COMPANY and
XYZ INSURANCE COMPANY

## ORDER

Based on the foregoing Memorandum Ruling;

**IT IS ORDERED** that defendant Osram Sylvania, Inc.'s motion for summary judgment (Record Document 44) is **GRANTED** and all claims made by the plaintiff against Sylvania are **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 22nd day of October, 2012.

JUDGE TOM STAGG